# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHERRY D. RITTER,

    Plaintiff,

v.

BILL SHEPRO, *et al.*,

    Defendants.

Case No. 2:10-cv-1207-LDG (LRL)

**ORDER**

    The defendants move to dismiss plaintiff Sherry D. Ritter's complaint (#6), for expungement of a lis pendens she filed against certain property (## 9, 25), and for attorney's fees.  As Ritter is proceeding *pro se*, the Court notified her of the requirements in opposing the motion to dismiss (#7).  Ritter did not file an opposition, indicating her consent to the granting of the motions.  Accordingly, for good cause shown,

    THE COURT **ORDERS** that Defendants' Motions to Expunge Lis Pendens (## 9, 25) are GRANTED.

    THE COURT FURTHER **ORDER** that the Lis Pendens recorded by the plaintiff regarding the property located at 1704 Navajo Lake Way, Las Vegas, NV 89128, (APN: 138-22-413-058), which Lis Pendens is recorded as Instrument No. 201007290004441 in

1  the Office of the Clark County Recorder on January 7, 2009, is **CANCELLED** and
2  **EXPUNGED**.
3     THE COURT **FURTHER ORDERS** that a copy of this Order may be recorded by the
4  Clark County Recorder in the applicable chain of title.
5     THE COURT FURTHER **ORDERS** that Defendants' Motion to Dismiss (#6) is
6  GRANTED; This matter is DISMISSED with prejudice.
7     THE COURT FURTHER **ORDERS** that Defendants' Motion for Attorney's Fees (#8)
8  is DENIED.

10  DATED this ___ day of September, 2010.

                                                    _____
                                                    Lloyd D. George
                                                    United States District Judge

2